In the Matter of the Judicial Settlement of the Account of Proceedings of the CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee of the Trust for JOHN HALL WATSON, JR., under the Last Will and Testament of JOHN HALL WATSON, Deceased. EDWARD S. HIDDEN and MARIE LOUISE HIDDEN WATSON, Appellants; MERCHANTS TRANSFER AND STORAGE COMPANY, Respondent.

—Order entered July 5, 1939, unanimously affirmed, with twenty dollars costs and disbursements. Appeal from order entered August 4, 1939, denying motion to resettle, dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.